**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 18-cv-81061-BLOOM/Reinhart

FUNDING METRICS, LLC

    Plaintiff,

vs.

DECISION ONE DEBT RELIEF LLC; D1 SERVICING GROUP, LLC; VERITAS LEGAL PLAN, INC.; ANGELO ANZALONE; SARA ANZALONE; CHRIS CARROLL; VICTOR CASTALDO; MARIO CHAVOYO; RAYMOND CIERVO; MATTHEW FRANK; JESSE ROSS; REY RUIZ; JOHN SANDOVAL; STEVEN SCORSONE; DWAYNE SMITH; JOHN ZINICOLA,

    Defendants.
_____/

## RULE 7.1 DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's order of September 10, 2018 (ECF 12), Plaintiff Funding Metrics, LLC, by its counsel Proskauer Rose LLP, certifies that (1) it has no parent corporation and no publicly held corporation owns ten percent or more of its stock, and (2) Funding Metrics, LLC's sole owners are Dave Frascella and Larry Frascella, and no other persons, associated persons, firms, partnerships, corporations, subsidiaries, conglomerates, affiliates, or parent corporations have a financial interest in the outcome of this case.

Dated: Boca Raton, Florida
October 1, 2018

        Respectfully submitted,

        *s/ Matthew Triggs*
        Matthew Triggs
        Florida Bar No. 0865745
        PROSKAUER ROSE LLP
        2255 Glades Road, Suite 421-A
        Boca Raton, Florida 33431
        Telephone: (561) 241-7400
        Facsimile: (561) 241-7145
        Primary e-mail: mtriggs@proskauer.com
        Secondary e-mail: florida.litigation@proskauer.com

        David A. Picon (admitted *pro hac vice*)
        Matthew J. Morris (admitted *pro hac vice*)
        Julia M. Ansanelli (admitted *pro hac vice*)
        PROSKAUER ROSE LLP
        11 Times Square
        New York, New York 10036
        Telephone: (212) 969-3600
        Facsimile: (212) 969-2900
        E-mail: dpicon@proskauer.com
        mmorris@proskauer.com
        jansanelli@proskauer.com

        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served via CM/ECF on Joel S. Magolnick, Esq., Omar Ali-Shamaa, Esq., and Marko & Magolnick, P.A., counsel of record for Veritas Legal Plan, Inc., Angelo Anzalone, Sara Anzalone, Victor Castaldo and Dwayne Smith.

I also certify that the foregoing document is being served this day on Stefan Savic, Esq., Shipkevich PLLC, 65 Broadway, Suite 750, New York, NY 10006, via electronic mail; and all parties identified on the attached Service List by First Class Mail.  Defendants D1 Servicing Group, LLC, and Decision One Debt Relief, LLC, are being served at their places of business.  Defendants Mario Chavoyo, Ray Ciervo, and Steve Scorsone are being served at what we understand to be their home addresses.  The remaining defendants, for whom we do not have home addresses, are being served at their places of employment.

*s/ Matthew Triggs*
Matthew Triggs

## **SERVICE LIST**

Chris Carroll
c/o Decision One Debt Relief, LLC
7633 E 63rd Pl
Tulsa, OK 74133

D1 Servicing Group, LLC
30 Broad Street
New York, NY 10004

Jesse Ross
c/o Decision One Debt Relief, LLC
7633 E 63rd Pl
Tulsa, OK 74133

Steve Scorsone
571 Iron Kettle Road
Toms River, NJ 08753

Ray Ciervo
1450 Northwest 108th Avenue
Apt. 259
Plantation, FL 33322

John Sandoval
c/o Decision One Debt Relief, LLC
7633 E 63rd Pl
Tulsa, OK 74133

Mario Chavoyo
2816 West Pecan Road
Phoenix, AZ 85041

Decision One Debt Relief, LLC
7633 E 63rd Pl
Tulsa, OK 74133

Rey Ruiz
c/o Decision One Debt Relief, LLC
7633 E 63rd Pl
Tulsa, OK 74133

John Zinicola
c/o Decision One Debt Relief, LLC
7633 E 63rd Pl
Tulsa, OK 74133

Matthew Frank
c/o Decision One Debt Relief, LLC
7633 E 63rd Pl
Tulsa, OK 74133