**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 18-cv-81061-BLOOM/Reinhart

FUNDING METRICS, LLC

    Plaintiff,

vs.

DECISION ONE DEBT RELIEF LLC; D1 SERVICING GROUP, LLC; VERITAS LEGAL PLAN, INC.; ANGELO ANZALONE; SARA ANZALONE; CHRIS CARROLL; VICTOR CASTALDO; MARIO CHAVOYO; RAYMOND CIERVO; MATTHEW FRANK; JESSE ROSS; REY RUIZ; JOHN SANDOVAL; STEVEN SCORSONE; DWAYNE SMITH; JOHN ZINICOLA,

    Defendants.

_____/

## NOTICE OF ENTRY OF PARTIES

Pursuant to the Clerk's Notice to Filer (ECF 21), Plaintiff Funding Metrics, LLC, by its counsel Proskauer Rose LLP, files this Notice of Entry of Parties and adds the following interested parties: Funding Metrics, LLC's sole owners, Dave Frascella and Larry Frascella.

Dated: Boca Raton, Florida
       October 2, 2018

                                   Respectfully submitted,

                                   *s/ Matthew Triggs*
                                   Matthew Triggs
                                   Florida Bar No. 0865745
                                   PROSKAUER ROSE LLP
                                   2255 Glades Road, Suite 421-A
                                   Boca Raton, Florida 33431
                                   Telephone: (561) 241-7400
                                   Facsimile: (561) 241-7145
                                   Primary e-mail: mtriggs@proskauer.com
                                   Secondary e-mail: florida.litigation@proskauer.com

David A. Picon (admitted *pro hac vice*)
Matthew J. Morris (admitted *pro hac vice*)
Julia M. Ansanelli (admitted *pro hac vice*)
PROSKAUER ROSE LLP
11 Times Square
New York, New York 10036
Telephone: (212) 969-3600
Facsimile: (212) 969-2900
E-mail: dpicon@proskauer.com
mmorris@proskauer.com
jansanelli@proskauer.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served via CM/ECF on Joel S. Magolnick, Esq., Omar Ali-Shamaa, Esq., and Marko & Magolnick, P.A., counsel of record for Veritas Legal Plan, Inc., Angelo Anzalone, Sara Anzalone, Victor Castaldo and Dwayne Smith.

I also certify that the foregoing document is being served this day on Stefan Savic, Esq., Shipkevich PLLC, 65 Broadway, Suite 750, New York, NY 10006, via electronic mail; and all parties identified on the attached Service List by First Class Mail.  Defendants D1 Servicing Group, LLC, and Decision One Debt Relief, LLC, are being served at their places of business.  Defendants Mario Chavoyo, Ray Ciervo, and Steve Scorsone are being served at what we understand to be their home addresses.  The remaining defendants, for whom we do not have home addresses, are being served at their places of employment.

*s/ Matthew Triggs*
Matthew Triggs

## SERVICE LIST

Chris Carroll
c/o Decision One Debt Relief, LLC
7633 E 63rd Pl
Tulsa, OK 74133

Mario Chavoyo
2816 West Pecan Road
Phoenix, AZ 85041

D1 Servicing Group, LLC
30 Broad Street
New York, NY 10004

Decision One Debt Relief, LLC
7633 E 63rd Pl
Tulsa, OK 74133

Jesse Ross
c/o Decision One Debt Relief, LLC
7633 E 63rd Pl
Tulsa, OK 74133

Rey Ruiz
c/o Decision One Debt Relief, LLC
7633 E 63rd Pl
Tulsa, OK 74133

Steve Scorsone
571 Iron Kettle Road
Toms River, NJ 08753

John Zinicola
c/o Decision One Debt Relief, LLC
7633 E 63rd Pl
Tulsa, OK 74133

Ray Ciervo
1450 Northwest 108th Avenue
Apt. 259
Plantation, FL 33322

Matthew Frank
c/o Decision One Debt Relief, LLC
7633 E 63rd Pl
Tulsa, OK 74133

John Sandoval
c/o Decision One Debt Relief, LLC
7633 E 63rd Pl
Tulsa, OK 74133