UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-81061-BLOOM/Reinhart

FUNDING METRICS, LLC,

    Plaintiff,

v.

DECISION ONE DEBT RELIEF LLC; D1
SERVICING GROUP, LLC; VERITAS
LEGAL PLAN, INC.; ANGELO ANZALONE;
SARA ANZALONE; CHRIS CARROLL;
VICTOR CASTALDO; MARIO CHAVOYO;
RAYMOND CIERVO; MATTHEW FRANK;
JESSE ROSS; REY RUIZ; JOHN
SANDOVAL; STEVEN SCORSONE;
DWAYNE SMITH; JOHN ZINICOLA;

    Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO CHRIS CARROLL, RAYMOND CIERVO, REY RUIZ, AND JOHN ZINICOLA ONLY

**THIS CAUSE** is before the Court upon *sua sponte* review of the record. Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint to be perfected upon defendants **within 90 days** after the filing of the complaint. Plaintiff filed this action on August 10, 2018, *see* ECF No. [1], generating a November 8, 2018, service deadline. On January 23, 2019, the Court entered an Order to File Proof of Service, ECF No. [7], within seven (7) days of perfecting service upon Defendants Chris Carroll, Raymond Ciervo, Rey Ruiz, and John Zinicola. ECF No. [61]. The Order further stated that "[f]ailure to file proof of such service by the stated deadline will result in dismissal without prejudice and without further notice as to those Defendants." *Id.* On January 28, 2019, Plaintiff filed a Submission Regarding Service

Case No. 18-cv-81061-BLOOM/Reinhart

acknowledging that it has been unable to serve these four Defendants. ECF No. [63]. Plaintiff has not shown good cause for its failure to serve these Defendants by the deadline.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendants Chris Carroll, Raymond Ciervo, Rey Ruiz, and John Zinicola are **DISMISSED** without prejudice as Defendants in this case.

2. The case shall proceed against the remaining Defendants and all deadlines shall remain in place.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of January, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record