

Vizcaya Professional Building
3001 Southwest 3rd Avenue
Miami, Florida 33129

Tel: 305.285.2000
Fax: 305.285.5555
Toll Free: 888.893.5723
www.mm-pa.com

October 4, 2019

**Via E-File**
Hon. Angela Noble
Clerk of the Court
United States District Court
Southern District of Florida
400 N. Miami Ave.
Miami, FL 33128

     **Re:** *Funding Metrics, LLC v. Decision One Debt Relief LLC, et al.*, **Case No.: 18-cv-81061- ALTMAN/Brannon**

Dear Ms. Noble:

  We are counsel to Defendant Veritas Legal Plan, Inc. ("Veritas") in the above-referenced action. Pursuant to paragraph 7 of the Stipulation and Order for the Production and Exchange of Confidential Information in this action (the "Confidentiality Order") (D.E. 71), as well as the Court's October 3, 2019 Omnibus Order (D.E. 158), I am writing to advise of the filing under seal of Composite Exhibit 4 to Defendants' Statement of Material Facts (D.E. 155). Composite Exhibit 4 is comprised of certified transcripts of audio files produced by plaintiff Funding Metrics, LLC, bearing Bates FM0002558, 2567, and 2578, which audio files were designated by Funding Metrics as "confidential."

                Very truly yours,

                MARKO & MAGOLNICK, P.A.

                Joel S. Magolnick
                magolnick@mm-pa.com