UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-81061-CIV-ALTMAN/Brannon

**FUNDING METRICS, LLC**,

    Plaintiff,

v.

**DECISION ONE DEBT RELIEF LLC,** *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** comes before the Court upon Plaintiff's counsel's e-mail to the Court's e-file account, in which counsel explained that this case has resolved by settlement. The Court, having reviewed the file, and being fully advised, hereby

**ORDERS AND ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal within **thirty (30) days** of this Order.

2. If the parties fail to complete the expected settlement, either party may ask the Court to reopen the case.

3. Any pending motions are **DENIED AS MOOT** and any scheduled hearings are **TERMINATED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 7th day of January 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record