# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 18-cv-81061-ALTMAN/Brannon

FUNDING METRICS, LLC

    Plaintiff,

vs.

DECISION ONE DEBT RELIEF LLC; D1 SERVICING GROUP, LLC; VERITAS LEGAL PLAN, INC.; ANGELO ANZALONE; VICTOR CASTALDO; JOHN SANDOVAL; AND STEVEN SCORSONE,

    Defendants.
_____/

## STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE

Plaintiff Funding Metrics, LLC and Defendants Decision One Debt Relief LLC, John Sandoval, Veritas Legal Plan, Inc., Angelo Anzalone, Victor Castaldo, and D1 Servicing Group, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims asserted in this action with prejudice, with each party to bear its own attorney's fees and costs.

Dated: January 27, 2020

Respectfully submitted,

*s/ Matthew Triggs*
Matthew Triggs
Florida Bar No. 0865745
**PROSKAUER ROSE LLP**
2255 Glades Road, Suite 421-A
Boca Raton, Florida 33431
Telephone: (561) 241-7400
Facsimile: (561) 241-7145
Primary e-mail: mtriggs@proskauer.com
Secondary e-mail: florida.litigation@proskauer.com

David A. Picon (admitted *pro hac vice*)
Matthew J. Morris (admitted *pro hac vice*)

**PROSKAUER ROSE LLP**
11 Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
E-mail: dpicon@proskauer.com
mmorris@proskauer.com

*Attorneys for Plaintiff Funding Metrics, LLC*


*s/   Joel S. Magolnick*
Joel S. Magolnick
Florida Bar No. 776068
**MARKO & MAGOLNICK, P.A.**
3001 S.W. 3rd Avenue
Miami, Florida 33129
Telephone: (305) 285-2000
Facsimile: (305) 285-5555
Email: Magolnick@mm-pa.com

*Attorneys for Defendants Veritas Legal Plan, Inc.,*
*Angelo Anzalone and Victor Castaldo*


*s/    P. Zak Colangelo-Trenner*
P. Zak Colangelo-Trenner
Florida Bar No. 113666
**Lewis Brisbois Bisgaard & Smith LLP**
The Alhambra
2 Alhambra Plaza, Suite 1110
Coral Gables, Florida 33134
Telephone: (786) 353-0210
Facsimile: (786) 513-2249
Email:zak.colangelo-trenner@lewisbrisbois.com

Stefan Savic
**Shipkevich PLLC**
65 Broadway, Ste. 508
New York, New York 10006
Telephone: (212) 252-3003
Facsimile: (888) 568-5815
Email: ssavic@shipkevich.com

*Attorneys for Defendants Decision One Debt Relief LLC*
*and John Sandoval*

*s/   Sheldon J. Burnett*
Sheldon J. Burnett
Florida Bar No. 087221
**Sheldon J. Burnett, Esq.**
17111 Biscayne Boulevard
Suite 1711
North Miami Beach, Florida 33160
Telephone: (305) 333-9243
Email: Sheldon@sjblaw.net

*Attorney for Defendant D1 Servicing Group, LLC*